Thomas B. Hjerpe - SBN 172052
Jocelyn M. Godinho – SBN 275680
Law Office of Hjerpe & Godinho, LLP
350 E Street, 1st Floor
Eureka, California   95501
(707) 442-7262

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re    FORREST K. WILDMAN,                                Case No. 18-10136

                                                            Chapter 13
                    Debtor(s).
_____/

**DECLARATION OF FORREST K. WILDMAN
REGARDING VALUE OF HOME**

Forrest Wildman declares as follows:

1. I am a resident of Humboldt County, California and am over the age of eighteen years. I have personal knowledge of the matters contained herein and could competently testify thereto if required.

2. I am the debtor in the above-entitled matter.

3. My home was valued at $173,781 by Hannes Becker of RE/MAX Humboldt realty. This valuation was based on comparable properties. I believe my property is valued less than the comparable properties based on the condition of my property. My home needs painted, new gutters, the flooring needs work, the windows have dry rot, and there are plumbing issues.

I, declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on May 3, 2018, at Eureka, California.

                                                    */s/ Forrest Wildman*
                                                    Forrest Wildman [6226]